UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LYNN GAVIN**, *et al.*, | Case No.: 16-cv-4974 YGR |
| Plaintiffs, | **ORDER REVOKING IN FORMA PAUPERIS STATUS** |
| vs. | |
| **SAN FRANCISCO HOUSING AUTHORITY**, *et al.*, | |
| Defendants. | |

This closed action, which is currently on appeal, was filed by a *pro se* plaintiff. The Court of Appeals has referred the matter to this Court for a determination of whether Plaintiff's *in forma pauperis* ("IFP") status should continue for this appeal. This Court determines that it should not. There are no valid grounds on which an appeal can be based. Consequently, the Court certifies that any appeal taken from the order of dismissal and judgment of this action will not be taken in good faith and is therefore frivolous. Fed. R. App. P. ("FRAP") 24(a)(3)(A); *Ellis v. United States*, 356 U.S. 674, 674–75 (1958); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). Accordingly, plaintiff's IFP status is hereby **REVOKED**. The Clerk shall forthwith notify plaintiff and the Court of Appeals of this order. *See* FRAP 24(a)(4).

**IT IS SO ORDERED.**

Dated: April 28, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**